IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | ORDER |
| Plaintiff, | |
| | 08-cr-100-bbc |
| v. | |
| EFRAIN PINEDA BUENVENTURA, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Retained counsel for defendant has moved to withdraw as counsel in this case after filing a notice of appeal on behalf of the defendant. Counsel's motion is denied because the court lacks authority to rule on it. Counsel should raise the issue in the Court of Appeals for the Seventh Circuit.

If counsel believes that defendant is eligible for appointment of counsel under the Criminal Justice Act, he may submit a request for determination of financial eligibility. If this court finds defendant eligible, it will advise the court of appeals.

Entered this 13th day of April, 2009.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

1